**Order filed January 3, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00882-CV
_____

**STAFFORD MUNICIPAL SCHOOL DISTRICT, Appellant**

**V.**

**THE HANOVER INSURANCE COMPANY, Appellee**

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 13-DCV-206179**

---

## O R D E R

Appellant's brief was due November 5, 2013**.** No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **February 3, 2014**, the court will dismiss the appeal for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM